1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DESHAWN LEE JACKSON,

11            Petitioner,                    No. CIV S-07-2432 MCE EFB P

12        vs.

13    JAMES WALKER,

14            Respondent.                    ORDER

15    _____/

16        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17    § 2254.

18        Petitioner challenges a conviction in the Fresno County Superior Court.  Therefore, this

19    action should have been commenced in the district court sitting in Fresno.  Local Rule 3-120(d).

20        Accordingly, it is hereby ordered that:

21        1.  This action is transferred to the district court sitting in Fresno.  *See* Local Rule 3-

22    120(f).

23        2.  The Clerk of Court shall assign a new case number;

24    /////

25    /////

26    /////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2                 United States District Court
                      Eastern District of California

3                 2500 Tulare Street
                      Fresno, CA 93721

4

5    DATED:  January 10, 2008.

6

7                           EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26